DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ASTRID PATERNINA,**
Appellant,

v.

**THE WELLINGTON GREEN MALL, L.P., STARWOOD RETAIL PARTNERS, LLC, SRP PROPERTY MANAGEMENT, LLC,** and **STARWOOD RETAIL PROPERTY MANAGEMENT, LLC,**
Appellees.

No. 4D2023-1635

[July 18, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Judge; L.T. Case No. 502020CA013355.

Philip D. Parrish of Philip D. Parrish, P.A., Miami, and Michael D. Eriksen of Eriksen Law Firm, Lantana, for appellant.

Donna M. Krusbe and Ashley R. Eagle of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and DAMOORGIAN, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***